IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES, et al.,            No. C 09-00613 CW

         Plaintiffs,                       ORDER CONTINUING
                                           CASE MANAGEMENT
    v.                                     CONFERENCE

ANDREW JOSEPH ISETTA, et al.,

         Defendant.
_____/

      Default having been entered by the Clerk on May 11, 2009, as

to Andrew Joseph Isetta, dba Isetta Landscape, and Isetta

Landscape,

      IT IS HEREBY ORDERED that Plaintiffs shall file a motion for

default judgment within 30 days from the date of this order, and

upon filing of motion for default judgment, said motion will be

referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be

heard and considered at the convenience of his/her calendar.  The

Magistrate Judge shall prepare findings and recommendation on the

motion.

      IT IS FURTHER ORDERED that Plaintiff's Ex Parte Application

for Continuance of Case Management Conference is granted.  The Case

Management Conference, previously set for June 2, 2009, is

continued to September 1, 2009, at 2:00 p.m.


Dated: 5/12/09           _____
                         CLAUDIA WILKEN
                         United States District Judge


cc:  Wings

United States District Court
For the Northern District of California