IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, et al., | No. C 09-00613 CW |
|     Plaintiffs, | ORDER REFERRING TO MAGISTRATE JUDGE |
|   v. | |
| ANDREW JOSEPH ISETTA, et al., | |
|     Defendants. | |

Plaintiff's Motion for Judgment Debtor Exam filed on March 1, 2012, is hereby referred to a United States Magistrate Judge for handling. Counsel will be advised of the date, time and place of such proceedings by notice from the assigned Magistrate Judge.

IT IS SO ORDERED.

Dated: 3/2/2012

                                              CLAUDIA WILKEN
                                              United States District Judge

cc: MagRef