**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES, et al.,

      Plaintiffs,

  v.

ANDREW JOSEPH ISETTA, et al.,

      Defendants.

_____/

No. C 09-00613 CW

ORDER REFERRING  TO
MAGISTRATE JUDGE

    Plaintiff's Motion for Judgment Debtor Exam filed on March 1, 2012, is hereby referred to a United States Magistrate Judge for handling. Counsel will be advised of the date, time and place of such proceedings by notice from the assigned Magistrate Judge.

    IT IS SO ORDERED.

Dated: 3/2/2012

                          _____
                          CLAUDIA WILKEN
                          United States District Judge

cc:  MagRef