BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
DANIEL S. BROME, Bar No. 278915
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bhinkle@unioncounsel.net
             pdavis@unioncounsel.net
             clozano@unioncounsel.net
             dbrome@unioncounsel.net

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>                              Plaintiff,<br><br>     v.<br><br>ANDREW JOSEPH ISETTA, Individually; ANDREW JOSEPH ISETTA, doing business as ISETTA LANDSCAPE; ISETTA LANDSCAPE,<br><br>                              Defendant. | No. C 09-00613 CW<br><br>**EX PARTE APPLICATION FOR CONTINUANCE OF DEBTOR'S EXAMINATION;**<br><br>[~~PROPOSED~~] **ORDER**<br><br>Date:      September 21, 2012<br>Time:     9:15 a.m.<br>Dept.:    G, 15th Floor<br>Judge:   Hon. Joseph C. Spero |

1

EX PARTE APPLICATION FOR CONTINUANCE OF DEBTOR'S EXAM; [~~PROPOSED~~] ORDER
Case No. C 09-00613 CW (JCS)

Plaintiffs hereby request that the Judgment Debtor's Exam, currently scheduled for September 21, 2012 at 9:15 a.m., be continued to November 30, 2012, at 9:15 a.m., to allow Plaintiffs additional time to pursue alternate means of satisfying the judgment or completing service on the Defendant.

Plaintiffs applied to this Court for an Order to Appear of Examination in this matter on March 1, 2012.  Since that time, Plaintiffs have attempted to serve Defendant with the Order to Appear for Examination, but have been unable to do so.  Plaintiffs are continuing to attempt to locate Defendant in order to complete service of an Order to Appear for Examination.

Additionally, Plaintiffs have established some contacts with third party debtors who may be able to satisfy the judgment against the Defendant. Plaintiffs are pursuing these alternate means of satisfying the judgment.

Given these facts, Plaintiffs request that Debtor's Examination be continued for ninety days in order to allow Plaintiffs additional time to satisfy the judgment through third party payments, or to locate and serve Defendant.

The above stated facts are set forth in the accompanying Declaration of Daniel S. Brome in Support of Ex Parte Application to Continue Debtor's Examination, filed herewith.

Dated: September 21, 2012

                WEINBERG, ROGER & ROSENFELD
                A Professional Corporation

           By: /s/ *Daniel S. Brome*
                DANIEL S. BROME
            Attorneys for Plaintiffs

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
EX PARTE APPLICATION FOR CONTINUANCE OF DEBTOR'S EXAM; [~~PROPOSED~~] ORDER
Case No. C 09-00613 CW (JCS)

## [~~PROPOSED~~] ORDER CONTINUING DEBTOR'S EXAMINATION

Based upon the foregoing Ex Parte Application for Continuance of Debtor's Examination, and the Declaration of Daniel S. Brome in Support of Ex Parte Application to Continue Debtor's Examination, the Court orders a continuance of the Debtor's Examination to November ~~31~~ 30, 2012, at 9:15 am. In addition, the Court orders:

Dated: 09/24/12



HONORABLE JOSEPH C. SPIRO
United States Magistrate Judge

## [~~PROPOSED~~] ORDER TO APPEAR FOR EXAMINATION

TO:   Defendant ANDREW JOSEPH ISETTA, individually and on behalf of ISETTA LANDSCAPING

**YOU ARE HEREBY ORDERED TO APPEAR** personally before this Court, or before a referee appointed by the Court, on __November 30__, **2012**, at 9:00 **a.m.** in **Courtroom G, 15th Floor**, located at **450 Golden Gate Ave., San Francisco, California**, to furnish information to aid in enforcement of the judgment entered against you on September 3, 2009 and to answer questions concerning property in your possession or control, and produce documents and records as stated in Plaintiffs' initial Application for Order to Appear for Debtor Examination.

**NOTICE TO JUDGMENT DEBTOR: If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may order you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.**

Dated: 09/24/12



HONORABLE JOSEPH SPIRO
United States Magistrate Judge

120436/685055

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

# PROOF OF SERVICE

I am a citizen of the United States, and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On September 21, 2012, I served upon the following parties in this action:

Andrew Joseph Isetta, Individually
451 Amber Way
Petaluma, CA 94952

Andrew Joseph Isetta, doing business as
Isetta Landscape
451 Amber Way
Petaluma, CA 94952

Isetta Landscape
451 Amber Way
Petaluma, CA 94952

copies of the document(s) described as:

**EX PARTE APPLICATION FOR CONTINUANCE OF DEBTOR'S EXAMINATION; [PROPOSED] ORDER**

[X]   **BY MAIL**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ]   **BY PERSONAL SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

[ ]   **BY FACSIMILE**  I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify that the above is true and correct. Executed at Alameda, California, on September 21, 2012.

//s//_____
Karen Scott

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

4

EX PARTE APPLICATION FOR CONTINUANCE OF DEBTOR'S EXAM; [PROPOSED] ORDER
Case No. C 09-00613 CW (JCS)